Sky Projector Corporation, appellee, v. Aerograph Company of America et al., defendants. Gregor Melikov et al., appellants. Gen. No. 36,586.

Opinion filed December 29, 1933.

John F. Higgins, Myer H. Gladstone and Arnold N. Frieder, for appellants; Myer H. Gladstone, of counsel. Gallagher, Rinaker, Wilkinson & Hall, for appellee.

Mr. Justice Gridley delivered the opinion of the court.

Emil Fagerstrom and Hannah Fagerstrom, as assignees of Henry Gross, defendants in error, v. Roman I. Smook, plaintiff in error. Gen. No. 36,613.

Opinion filed December 29, 1933.

Louis Greenberg, for plaintiff in error. Fein & Stone, for defendants in error.

Mr. Justice Gridley delivered the opinion of the court.

Leona Koenig, appellant, v. Naif Nassar et al., defendants. Cosmopolitan State Bank, appellee. Gen. No. 36,672.

Opinion filed December 29, 1933.

Blech & Herson, for appellant; Louis Greenberg, of counsel. Rubens, Fischer, Mosser & Barnum, for appellee; Harry H. Barnum, of counsel.

Mr. Justice Gridley delivered the opinion of the court.

The Press Company, appellee, v. Harris Wrecking Company, appellant. Gen. No. 36,722.

Opinion filed December 29, 1933. Rehearing denied January 10, 1934.

Robert R. Scher, for appellant; James M. Gwin, of counsel. White & Hawxhurst, for appellee; Bernard Hoban, of counsel.

Mr. Justice Gridley delivered the opinion of the court.